**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-7061**

───────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

JOSE BRETON-PICHARDO, a/k/a Rolando Berberena,

              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.   Michael F. Urbanski,
District Judge.  (5:03-cr-70006-SGW-9)

───────────

Submitted:  September 29, 2015      Decided:  September 30, 2015

───────────

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jose Breton-Pichardo, Appellant Pro Se.  Grayson A. Hoffman, Jeb
Thomas Terrien, Assistant United States Attorneys, Harrisonburg,
Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Breton-Pichardo appeals the district court's orders denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Breton-Pichardo, No. 5:03-cr-70006-SGW-9 (W.D. Va. May 28, 2015; June 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2